United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| **Robert B. Minturn,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 20-10668-NMG |
| **Ernest E. Monrad, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**GORTON, J.**

Upon review of the memoranda filed in support of (and in opposition to) plaintiff's motion for summary judgment on Count IV, the Court notes:

1) plaintiff's memorandum of law in support (Docket No. 53) is overlong by five pages, in violation of Local Rule 7.1(b)(4);

2) no provision was made for the filing of reply briefs but plaintiff filed one anyway (Docket No. 69), in violation of Local Rule 7.1(b)(3);

3) the above-mentioned reply brief is overlong in violation of the protocol of this session set forth in the Court's publicly available response to the United States District

Court Judicial Forum Survey (even if it had been authorized).

Before the Court considers plaintiff's pending motion, plaintiff is directed to resubmit his memoranda in conformance with the page limitation imposed by rule and by this session. Leave is granted to file a conforming reply memorandum.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated November 5, 2021